01CV10534-WGY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By: /s/ D. Henry
Deputy

HUFFMASTER CRISIS RESPONSE, L.L.C. and ALTERNATIVE WORKFORCE, INC.,

    Plaintiffs

v.                                    Case No.: 00-CV-74787-DT

REXAM DSI, INC.

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S "MOTION TO TRANSFER"

This matter is before the court on Defendant's "Motion to Transfer," filed on January 5, 2001. After full briefing by the parties, a hearing was conducted on March 7, 2001.

For the reasons stated fully on the record, IT IS ORDERED that Defendant's "Motion to Transfer" is GRANTED.

Further, the Clerk of the Court is DIRECTED TO TRANSFER this case to the United States District Court for the District of Massachusetts.

/s/ Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 8, 2001

PURSUANT TO RULE 77'd, FED. R. CIV. P., COPIES MAILED TO ATTORNEYS FOR ALL PARTIES ON 3/8, 2001.

/s/ 
DEPUTY COURT CLERK

3/7/01:S:\CLELAND\Baxter\Miscellaneous\shortform.wpd

DOCKETED